1
PHILLIP A. TALBERT
United States Attorney
2
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
3
Office of Program Litigation, Office 7
Social Security Administration
4
FRANCO L. BECIA, WA BAR #26823
5
Special Assistant United States Attorney
6401 Security Boulevard
6
Baltimore, MD 21235
Telephone: (206) 615-2114
7
Fax: (206) 615-2531
8
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant
9

10
# UNITED STATES DISTRICT COURT

11
## EASTERN DISTRICT OF CALIFORNIA

12
### (FRESNO)

13
MICHAEL JOSEPH SHARP,

14
                    Plaintiff,

15
          vs.

16
KILOLO KIJAKAZI,

17
Acting Commissioner of Social Security,

18
                    Defendant.

19

20

)  Case No.: 1:23-CV-01144-JLT-GSA
)
)
)  **STIPULATION TO VOLUNTARY**
)  **REMAND PURSUANT TO SENTENCE**
)  **FOUR OF 42 U.S.C. § 405(g) AND FOR**
)  **ENTRY OF JUDGMENT; ORDER**
)
)
)
)
)
)
)

21       IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo

22   Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

23   counsel of record, that the above-entitled action shall be remanded to the Commissioner of

24   Social Security for further administrative proceedings.

25        Upon remand, the Appeals Council will remand the case to an Administrative Law

26   Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a

27   new hearing, re-evaluate Plaintiff's subjective complaints, re-evaluate the RFC, and issue a new

28

Stip. for Remand, Order and Judgment; 1:23-CV-01144-JLT-GSA

1  decision.  The parties further request that the Court direct the Clerk of the Court to enter a final

2  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

3  Commissioner.

4      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

5  Social Security Act, 42 U.S.C. 405(g).

6

7                                 Respectfully submitted,

8  Dated: September 27, 2023          /s/ *Jonathan Omar Pena\**

9                                 (*as authorized via e-mail on 9/27/2023)

10                                Jonathan Omar Pena
                               Attorney for Plaintiff

11 Dated: September 27, 2023          PHILLIP A. TALBERT
12                                United States Attorney
13                                MATHEW W. PILE
                               Associate General Counsel
14                                Social Security Administration

15               By:   /s/ *Franco L. Becia*
16                        Franco L. Becia
17                        Special Assistant U.S. Attorney
                       Attorneys for Defendant

18 **ORDER**

19     Based on the parties' stipulation, this action is **REMANDED** to the Commissioner of

20 Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g). The Clerk

21 is directed to enter judgment for Plaintiff, against Defendant, reversing the final decision of the

22 Commissioner.

23

24 IT IS SO ORDERED.

25   Dated:  __September 27, 2023__            **/s/ Gary S. Austin**
26                               UNITED STATES MAGISTRATE JUDGE

27

28

Stip. for Remand, Order and Judgment; 1:23-CV-01144-JLT-GSA

2